# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>RUSSELL RICHARDSON VANE, IV,<br>a/k/a "Duke Russ Hampel,"<br>a/k/a "Duke,"<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  1:24-mj-144<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 10, 2024__ in the county of __Fairfax__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 175(a) | Attempted production of a biological agent or toxin |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
AUSAs Danya Atiyeh, Amanda St. Cyr

/s/ Marc Gastaldo
*Complainant's signature*

Special Agent Marc Gastaldo, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/11/2024

Lindsey R Vaala
Digitally signed by Lindsey R Vaala
Date: 2024.04.11 13:32:21 -04'00'

*Judge's signature*

City and state: Alexandria, Virginia

Lindsey R. Vaala
*Printed name and title*