TYPE OF HEARING: **RULE 5**
CASE NUMBER: **1:24-mj-144**
MAGISTRATE JUDGE: Lindsey R. Vaala
DATE: **4-11-2024**
TIME: **2:00 PM**
TAPE: FTR RECORDER

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

**RUSSELL VANE**

GOVT. ATTY: **DANYA ATIYEH**

DEFT'S ATTY: **W/O COUNSEL**

DUTY AFPD: **TODD RICHMAN**

INTERPRETER/LANGUAGE _____

DEFT CONSENTS TO PROCEED WITH VIDEO CONFERENCE ( )
DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES (✓)
DEFT INFORMED OF THE VIOLATION(S) ( )
COURT TO APPOINT COUNSEL (✓) FPD (✓) CJA ( ) Conflict List ( )
Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny. (✓)

**Gov't is seeking detention - GRANTED pending PH/DH.**

BOND **Deft remanded**

NEXT COURT APPEARANCE **4-15-2024** TIME **2:00 PM**
**PH/DH - WBP**

In Court Time: **11 MIN**